ACCEPTED
05-24-00009-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/4/2024 5:50 PM
RUBEN MORIN
CLERK

## NO. 05-24-00009-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/4/2024 5:50:19 PM
Ruben Morin
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTH DISTRICT OF TEXAS
## AT DALLAS

**AMBIT MARKETING, LLC,**

*Appellant,*

v.

**TLC ENERGY GROUP, LLC AND TERRY LACORE,**

*Appellees.*

**Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Cause No. 471-02108-2023**

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellees TLC Energy Group, LLC and Terry LaCore (collectively "Appellees") file this Unopposed Motion for Extension of Time to File their Brief and show:

## I. Summary of Motion

Appellees' Brief in the above matter is due on March 4, 2024. Appellees request a 20-day extension, moving the deadline to **March 25, 2024**.[1] This is Appellees' first request for an extension of time to file Appellees' Brief. This motion is unopposed.

## II. Argument and Authorities

The Texas Rules of Appellate Procedure allow for the extension of a party's briefing deadline upon a motion under Rule 10.5(b). TEX. R. APP. P. 38.6(d) (citing TEX. R. APP. P. 10.5(b)). Under Rule 10.5(b), the movant must identify the existing deadline, the length of the extension requested, the factual basis for the extension, and the number of prior extensions granted for the same deadline. TEX. R. APP. P. 10.5(b).

This is Appellees' first requested extension, and the length of the extension sought is 20 days. If this motion is granted, Appellees' Brief will be due on March 25, 2024. Appellant does not oppose the requested extension.

Counsel for Appellees request an extension due to deadlines that have hindered their completion of Appellees' Brief in this matter. Lead counsel in this matter, Byron K. Henry, has had a number of other deadlines and requirements precluding his ability to complete the Brief by the deadline, including the following:

---

[1] Twenty days from March 4, 2024 is Sunday, March 24, 2024, thus, the date upon which the Brief would be due is March 25, 2024. *See* TEX. R. APP. P. 4.1(a).

- Prepare for and attend Jury Trial on February 6-14, 2024, in Cause No. CC-19-02768-D, in the County Court at Law No. 4, Dallas County, Texas.

- Prepare for and attend Pretrial Hearing on February 22, 2024, in Arbitration No. 01-22-0000-2651, before the American Arbitration Association.

- Prepare and file Appellant's Reply Brief on February 26, 2024, in Cause No. 23-3134, in the Seventh Circuit Court of Appeals.

- Prepare for and attend Jury Trial on February 26-27, 2024, in Cause No. 429-02904-2019, in the 429th District Court, Collin County, Texas.

- Prepare for and attend Final Evidentiary Hearing on March 4-5, 2024, in Arbitration No. 01-22-0000-2651, before the American Arbitration Association.

Counsel for Appellees Walker Young also has had to attend to several deadlines that have hindered and will hinder his work to complete Appellees' Brief and has been engaged in preparing the same briefs.

For these reasons, a 20-day extension of time is needed to complete Appellees' Brief in this matter. This extension is not sought for delay but so that justice may be done.

### III. CONCLUSION AND PRAYER

For these reasons, Appellees TLC Energy Group, LLC and Terry LaCore respectfully request the Court GRANT their Unopposed Motion for Extension of Time to File Appellees' Brief, order Appellees' Brief due on or before **March 25, 2024**, and grant Appellees such other relief to which they may be justly entitled.

Respectfully submitted,

By: _____
**BYRON K. HENRY**
State Bar No. 24008909
byron.henry@solidcounsel.com
**WALKER STEVEN YOUNG**
State Bar No. 24102676
walker.young@solidcounsel.com

**SCHEEF & STONE, L.L.P.**
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 Phone
(214) 472-2150 Fax

**ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Appellant's counsel on March 1, 2024 and Appellant is unopposed to the relief requested in this motion. Certified to on March 1, 2024.

/s/ Walker Steven Young
Walker Steven Young

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been delivered pursuant to TEX. R. APP. P. 9.5 to all counsel as indicated below on March 4, 2024:

*Via Electronic Filing/Service*:
Thomas M. Melsheimer
tmelsheimer@winston.com
Katrina G. Eash
keash@winston.com
John Sanders
jsanders@winston.com
Ashley J. Wright
ajwright@winston.com
Jackson C. Smith
jacsmith@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201

**ATTORNEYS FOR APPELLANT**

**Byron K. Henry**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Melissa Diaz on behalf of Byron Henry
Bar No. 24008909
melissa.diaz@solidcounsel.com
Envelope ID: 85182537
Filing Code Description: Motion
Filing Description: Appellees' Unopposed Motion for Extension of Time to File Brief
Status as of 3/5/2024 7:17 AM CST

Associated Case Party: Ambit Marketing, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thomas Melsheimer | | tmelsheimer@winston.com | 3/4/2024 5:50:19 PM | SENT |
| Katrina Eash | | keash@winston.com | 3/4/2024 5:50:19 PM | SENT |
| John Sanders | | jsanders@winston.com | 3/4/2024 5:50:19 PM | SENT |
| Ashley Wright | | ajwright@winston.com | 3/4/2024 5:50:19 PM | SENT |
| Jackson Smith | | jacsmith@winston.com | 3/4/2024 5:50:19 PM | SENT |

Associated Case Party: TLC Energy Group, Terry LaCore

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Melissa Diaz | | melissa.diaz@solidcounsel.com | 3/4/2024 5:50:19 PM | SENT |
| Byron Henry | | byron.henry@solidcounsel.com | 3/4/2024 5:50:19 PM | SENT |
| Leslie Sanderson | | leslie.sanderson@solidcounsel.com | 3/4/2024 5:50:19 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Houston Docket | | ECF_Houston@winston.com | 3/4/2024 5:50:19 PM | SENT |